IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOSEPH A. SESSEL                                                                                    PETITIONER
REG. #07849-031

V.                                            NO. 2:08cv00212 JMM

T.C. OUTLAW, Warden,                                                                           RESPONDENT
FCI, Forrest City, AR

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Respondent's motion (doc. 14) to dismiss this 28 U.S.C. § 2241 petition for writ of habeas corpus is hereby granted, dismissing this action in its entirety with prejudice.

IT IS SO ORDERED this   25   day of   June  , 2009.


_____
UNITED STATES DISTRICT JUDGE